USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**S.M., et al.,**

**Plaintiffs,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

**Defendant.**

**----------------------------------------------------------------X**

**26-CV-03491 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties shall file a joint status letter by Friday, October 2, 2026, advising the Court whether they wish to proceed with (1) a settlement conference; (2) a referral to the S.D.N.Y. Mediation Program; or (3) proposing a briefing schedule for the motion for an attorney's fees award.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York